**PRO-SE DEPT. / ATTORNEY GENERAL / US POSTAL INSPECTOR COMPLAINT**

RECEIVED
SDNY PRO SE OFFICE
2020 FEB 26 PM 1:48

# UNITED STATES COURT OF THE SOUTHERN DISTRICT OF NEW YORK,
## NEW YORK, NY 10007      # 19-CV-10668 (CM)
### SECOND MAILING FRONT COVER OF SECOND AMENDED COMPLAINT

---

JOSEPH RICHARD ERIC CHARLES KASTNER, ET AL. DEVISEES, FUTURE  PARTIES: DR. PHIL    )
SHOW, PERSONAL FEDERAL CIVIL REQUESTED TRIAL REPRESENTATIVES AND HIS, HER, OR       )
THEIR OR ANY OF THEIR, BOOK  SUCCESSORS IN RIGHT, TITLE AND INTEREST AND FUTURE     )
COMMUNES SCRIPTURA, AWARD, ET AL. JOHN + JANE DOE 1-20: PERSONAL INJURY / PAIN      )
SUFFERING, EMOTIONAL PHYSICAL PSYCHOLOGICAL  DISTRESS  LITIGATION AND LOST          )
INCOME of 32 YEARS PAST, PRESENT + FUTURE, CIVIL RIGHTS, MEDICAL MALPRACTICE,       )
PERSONAL INJURY, CIVIL RIGHTS WITH HIGH  PREJUDICE, DISTRESS LITIGATION   Joined    )
plaintiffs depend on what this court does FOR AWARD PRO BONO FEES... I HAVE BEEN RELEASED )
FROM NYSDOC AND HAVE HAD NO ISSUE WITH THE 2 YEAR PAROLE 100% SERVED WITH GOOD    )
BEHAVIOR AND NO NYSDOC SUMMONS ISSUED AT THE NYSDOC  NOT NYSDOCCS                   )

                                                            **1 Plaintiff for now JK**

V.

DEFENDANT #1. TRI STATE EYE, ET AL. DEFENDANT #2 - CRYSTAL RUN HEALTHCARE, COVERYS)
RFG, Inc is serviced by ProSelect Insurance Company, CRHC REP. #1  MR.  DOUGLAS SANSTED  )
(ESQ NOT LLP) CRHC REP. #2 KRISTEN  LARSON  DOYAL (ESQ NOT LLP) - JEFFERY FELDMAN,   )
KLEIDMAN, COFFEY & SAPPE ATTORNEYS AT LAW – FKC&S  REP #1 KRISTEN LARSON           )
DOYLE (ESQ NOT LLP) ARE  ALL REPS OF FKC&S - CRHC EXCLUSIVELY ESQ's. DEFENDANT #3. )
ORANGE REGIONAL  MEDICAL CENTER. DEFENDANT #4.  NEW YORK STATE, NYS, NYSDOC,       )
NYSSSA, ET AL. WHO'S SELF INSURED - TOWN OF NEWBURGH NY POLICE, ET AL. WHO'S SELF  )
INSURED ET AL. – MIDDLETOWN NY  POLICE DEPARTMENT, ET AL. WHO'S SELF INSURED ET AL. )
DEFENDANT #5. USA  ALL REPRESENTED BY THE US ATTORNEY, THROUGH  THE US FOOD  AND )
DRUG ADMINISTRATION, USA ET AL. THROUGH THE EEOC, THROUGH THE "SSA - USA," ET AL.  )
THE US INSPECTOR GENERAL, USA ET AL THROUGH THE US DEPT OF JUSTICE– THROUGH THE )
FBI, HOMELAND SECURITY, USA: ET AL. THROUGH THE US DEPT. OF HEALTH & HUMAN        )
SERVICES HHS HIPAA OFFICE OF CIVIL RIGHTS ENFORCEMENTS,  THE US ATTORNEY GENERAL,)
"USA," ET AL, FOR DISCRIMINATION etc, 3rd party CIGNA, THIS VERY COURT FOR 5 COUNTS FOR )
FAILING A NEW NAME CHANGE  AND A NEW SS # SO I CAN GET A JOB SEE ALL PAST  FEDERAL  )
COMPLAINTS SINCE 2005  STARTING WITH NEWARK, NJ, NY, NY, /NY, NY, / AND THIS CASE. USA)
AND ANY OF 2000 AGENCIES THE USA/NYS AND THEY REPRESENT PERTINENT TO THIS  CASE   )

                                                            **5 Defendants**

### UNITED STATES DISTRICT COURT FOR THE SOUTHERN
### DISTRICT OF NEW YORK, N.Y. – COURTHOUSE
PRO-SE DEPARTMENT, 500 Pearl Street, N.Y. 10007 1.212.805.0175
### TO THE HONORABLE JUDGE COLLEEN McMAHON

---

BRIEF / AFFIDAVIT OF COMPLAINT FOR CIVIL RIGHTS VIOLATIONS AND FOR INTENTIONAL PERSONAL INJURIES, 32
YEARS OF BEING UNEMPLOYABLE IN THE UNITED STATES IN POVERTY WITH 32 YEARS OF PREJUDICIAL "SSA,"
DENIALS, MEDICAL MALPRACTICES INTENTIONAL COURT CASE DISPOSALS... JOSEPH R.E.C. KASTNER 484 – 514
ROSE VALLEY ROAD - MONTICELLO - NY 12701-TEL: 1.845.397.1967
E-MAIL: josephkastner2018@yahoo.com

**(A)**

**PRO-SE DEPT. / ATTORNEY GENERAL / US POSTAL INSPECTOR COMPLAINT**

## SECOND ATTEMPT FOR 30 DAY FILING INTAKE

**1).** For the second time the pro-se clerk in conjunction with CM's unnamed court clerk refuses to document my first complaint and second Amended Complaint in addition to my request for In Forma Pauperis application all because of minimum postage. A poor person should not forced to pay $400.00 court intake fees when he has no money. And should not be forced to send 2 parcels overnight because the pro-se office refuses to document and publish parcels without a US Postal Parcel tracking number. This is US Parcel mail fraud so that this case and others {civil cases} gets dismissed and disposed of by a whopping 98%.

**2).** This second amended complaint was mailed to this court on: 2/10/2020 and has {this court} failed to be published on 2/24/2020 now I am forced to overnight it for an additional postage charge so the court now owes me over $450.00. Attached annexed hereto is the second amended complaint which was intentionally lost the first time to close out and intentionally dispose of this case for no US Postal tracking number and re-mailed overnight with a postal tracking number _____. ON 2/24/2020

**3).** I am now willing to prosecute these clerks for intentional mail fraud unless $450.00 is immediately refunded to me (1) $400.00 unfair court intake fee (2)$25.00 (3) two overnight unnecessary mailing and handling US Postal fees totaling about $450.00 dollars against me the poor indigent pro-se plaintiff…

2/24/2020

Respectfully, Submitted

*Joseph REC Kastner* (signature)

Joseph REC Kastner

**(B)**