UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH KASTNER, *et al.*,<br><br>       Plaintiff,<br><br>   -against-<br><br>TRI STATE EYE, *et al.*,<br><br>       Defendants. | 19-CV-10668 (LLS)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued September 28, 2020, dismissing the amended complaint,

  IT IS ORDERED, ADJUDGED, AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: September 28, 2020
     New York, New York

                      *Louis L. Stanton*
                        Louis L. Stanton
                          U.S.D.J.